JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YURMAN DESIGN, INC. and
YURMAN STUDIO, INC.,

           Plaintiffs,

- against -

DEBRA S. HORNTON, d/b/a BLUE KOI DESIGNS and
JOHN DOES 1-10,

           Defendants.

'08 CIV. 6960

RULE 7.1 STATEMENT

RECEIVED AUG 05 2008 U.S.D.C. S.D.N.Y. CASHIERS

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for YURMAN DESIGN, INC. and YURMAN STUDIO, INC. (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

           None.

Date: 8/5/2008

_____
Lora A. Moffatt

NewYork 1187481.1