

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
YURMAN DESIGN, INC. and
YURMAN STUDIO, INC.,

            Plaintiffs,

   -against-

DEBRA S. HORNTON, d/b/a BLUE KOI DESIGNS and
JOHN DOES 1-10,

           Defendants.
------------------------------------------------------X

Case No. 08 CIV 6960
(Judge Preska)

AFFIDAVIT OF SERVICE

STATE OF TEXAS    )
            S.S.:
COUNTY OF HARRIS  )

      MARCOS LARDIZABAL, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party of this action.

      That on the 9th day of August, 2008, at approximately the time of 8:09 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; RULE 7.1 STATEMENT; CIVIL COVER SHEET; INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS; AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon DEBRA S. HORNTON at 11515 Taos Lane, Houston, TX, by personally delivering and leaving the same with DEBRA S. HORNTON at that address. At the time of service, deponent asked DEBRA S. HORNTON if she is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

DEBRA S. HORNTON is a white female, in her 40's, stands approximately 5 feet 4 inches tall, weighs approximately 175 pounds with blond hair.

MARCOS LARDIZABAL - SCH768

Sworn to before me this
13 day of August, 2008

NOTARY PUBLIC



ANDREW C. MANGER
Notary Public, State of Texas
My Commission Expires
May 30, 2011

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com